# TULLIO DeLUCA
**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ Street
Scranton, Pennsylvania 18504
Phone (570) 347-7764  Fax (570) 347-7763
Email: tullio.deluca@verizon.net

September 1, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

   In Re: Joel Theodore
   **Chapter 13 Bankruptcy**
   **Case No. 5-17-02669**

Dear Sir/Madam:

 I have received returned mail for **APOGEE MEDICAL GROUP,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 2525 E CAMELBACK RD., STE 1100 PHOENIX, AZ 85016-9278 .Please be advised the correct information is as follows:

   APOGEE MEDICAL GROUP
   1 CLARA MAASS DRIVE
   BELLEVILLE, NJ 07109

I served the ORIGINAL PLAN at the above address on ( Sept. 1, 2017). Please correct the mailing matrix.

 Thank you for assistance in this matter.

   Very truly yours,


   /s/ Tullio DeLuca, Esquire

TD/th