**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

December 13, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

>In Re: Joel Theodore
>**Chapter 13 Bankruptcy**
>**Case No. 5-17-02669**

Dear Sir/Madam:

    I have received returned mail for **APOGEE MEDICAL GROUP,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 2525 E CAMELBACK RD., STE 1100 PHOENIX, AZ 85016-9278 .Please be advised the correct information is as follows:

>APOGEE MEDICAL GROUP
>1 CLARA MAASS DRIVE
>BELLEVILLE, NJ 07109

I served the ORIGINAL PLAN at the above address on ( Sept. 1, 2017). Please correct the mailing matrix.

    Thank you for assistance in this matter.

>Very truly yours,
>
>/s/ Tullio DeLuca, Esquire

TD/th