**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
**381 N. 9ᵗʜ Street**
**Scranton, Pennsylvania 18504**
**Phone (570) 347-7764  Fax (570) 347-7763**
**Email: tullio.deluca@verizon.net**

December 15, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

       In Re: Joel Theodore
          **Chapter 13 Bankruptcy**
          **Case No. 5-17-02669**

Dear Sir/Madam:

    I have received returned mail for **Morequity Inc,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 600 N ROYAL AVE EVANSVILLE, IN 47715-2612 .Please be advised the correct information is as follows:

          MOREQUITY , INC
           601 NW SECON
          EVANSVILLE, IN 47708

I served the AMENDED PLAN at the above address on ( Dec 15, 2017). Please correct the mailing matrix.

    Thank you for assistance in this matter.

                Very truly yours,

                /s/ Tullio DeLuca, Esquire

TD/th