In re:  
Joel Abraham Theodore  
     Debtor

Case No. 17-02669-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: karendavi    Page 1 of 1    Date Rcvd: May 21, 2018  
                Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.

        +MS MICHELE THEODORE,   187 LEDGEWOOD DRIVE,   KUNKLETOWN, PA 18058-7330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
        James Warmbrodt    on behalf of Creditor    MorEquity, Inc. bkgroup@kmllawgroup.com  
        Kevin Buttery    on behalf of Creditor    MorEquity, Inc. kbuttery@rascrane.com  
        Tullio DeLuca    on behalf of Debtor 1 Joel Abraham Theodore tullio.deluca@verizon.net  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                     TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joel Abraham Theodore<br>      Debtor<br><br>MorEquity, Inc.<br>      Movant<br>  vs.<br><br>Joel Abraham Theodore<br>      Respondent<br>Michele Theodore<br>  and<br>Charles J. DeHart, III Esq.<br>      Additional Respondents | Chapter 13<br><br>NO. 17-bk-02669 JJT |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties filed on February 16, 2018, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified to allow MorEquity, Inc. and its successor in title to proceed with the execution process through, among other remedies but not limited to, Sheriff's Sale regarding the premises 187 LEDGEWOOD DR F/K/A RR 2 Box 487 A Kunkletown, PA 18058.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: May 21, 2018

By the Court,

John J. Thomas, Bankruptcy Judge (RPR)