```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                Case No. 17-02669-JJT
Joel Abraham Theodore                                                 Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-5          User: KADavis              Page 1 of 1          Date Rcvd: Aug 08, 2018
                              Form ID: ordsmiss          Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
```
db         +Joel Abraham Theodore,   187 Ledgewood Dr,   Kunkletown, PA 18058-7330
cr         +MorEquity, Inc.,   C/O Robertson, Anschutz & Schneid P.L.,   6409 Congress Ave,   Suite 100,
             Boca Raton, FL 33487-2853
4952977    +ADVANCED DERMATOLOGY ASSOC, LTD.,   1259 S CEDAR CREST BLVD., SUITE 100,
             ALLENTOWN, PA 18103-6288
4952978    +APOGEE MEDICAL GROUP,   1 CLARA MAASS DRIVE,   BELLEVILLE, NJ 07109-3550
4952981    +MEDICAL BUSINESS BUREAU,   1460 RENAISSANCE DR., SUITE 400,   PARK RIDGE, IL 60068-1349
4968032    +MOREQUITY INC.,   Nationstar Mortgage LLC,   ATTN: Bankruptcy Dept,   PO BOX 619094,
             Dallas, TX 75261-9094
4939043     MorEquity Inc,   601 NW Secon,   Evansville, IN  47708
4941567    +Morequity, Inc,   6409 Congress Ave,   Suite 100,   Boca Raton FL 33487-2853
4939045    +Nationstar Mortgage,   PO Box 60516,   City of Industry, CA 91716-0516
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4952979    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 08 2018 18:56:18
             BERKS CREDIT & COLLECTION,   900 CORPORATE DRIVE,   READING, PA 19605-3340
4952980     EDI: IRS.COM Aug 08 2018 23:04:00     INTERNAL REVENUE SERVICE,   SPECIAL PROCEDURES BRANCH,
             PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4989262     EDI: RESURGENT.COM Aug 08 2018 23:04:00     LVNV Funding, LLC its successors and assigns as,
             assignee of Metris Companies, Inc.,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
4977763     EDI: RESURGENT.COM Aug 08 2018 23:04:00     LVNV Funding, LLC its successors and assigns as,
             assignee of First American Portfolio,   Company, LLC,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
4989263     EDI: RESURGENT.COM Aug 08 2018 23:04:00     LVNV Funding, LLC its successors and assigns as,
             assignee of Household Bank (SB), N.A.,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
4939044    +EDI: AGFINANCE.COM Aug 08 2018 23:03:00     Springleaf Home Equity Inc,   600 NW Second St,
             Evansville IN 47708-1014
4961092     EDI: AIS.COM Aug 08 2018 23:03:00     Verizon,   by American InfoSource LP as agent,
             PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   MorEquity, Inc. bkgroup@kmllawgroup.com
              Kevin  Buttery    on behalf of Creditor   MorEquity, Inc. kbuttery@rascrane.com
              Tullio DeLuca    on behalf of Debtor 1 Joel Abraham Theodore tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joel Abraham Theodore, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:17–bk–02669–JJT |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: August 8, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

ordsmiss (05/18)